E-FILED 05-05-08
JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINEGAR ENVIRONMENTAL SYSTEMS, INC., <br><br>     Plaintiff and Counterdefendant, <br><br>     v. <br><br> CONCRETE WASHOUT SYSTEMS, INC., <br><br>     Defendant and Counterclaimant. <br><br> AND RELATED COUNTERCLAIMS | Case No. ED CV06-1169 PSG (CWx) <br><br> **[PROPOSED] CONSENT DECREE** |

Concrete Washout Systems, Inc. ("CWS"), on the one hand, and Minegar Environmental Systems, Inc. ("MES"), Minegar Contracting, Inc., Minegar Laser Screed Rentals, Peter J. Minegar, Rocky Mountain Welding & Fabricating, Inc. and Inland Erosion Control Services, Inc. (collectively, "Counterdefendants"), on the other hand (all parties collectively referred to as "Parties"), having settled this action on the terms and conditions stated herein, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1.      This is an action regarding infringement of patents in violation of Section 32 of the Patent Act, 35 U.S.C. § 271 et seq.  This Court has personal jurisdiction over CWS and Counterdefendants, and subject matter jurisdiction of

CONFIDENTIAL SETTLEMENT AND LICENSE AGREEMENT

6773\002\FCIALONE\1506699.2

the matter in controversy between CWS and Counterdefendants.  Venue in this judicial district is proper.

      2.    CWS is the assignee and owner of all right, title and interest in United States Patent Nos. 7,118,633 ("the '633 Patent); 7,121,288 ("the '288 Patent"); and 7,124,767 ("the '767 Patent") (collectively, the "Patents") covering, *inter alia*, concrete washout containers.

      3.    Counterdefendants' manufactured, used, offered for sale, licensed and/or sold to the general public concrete washout containers.

      4.    CWS and MES have agreed to a full and final settlement of this action and have agreed to the entry of this Consent Decree.

      5.    Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

      a.  the '288, '767 and '633 Patents are valid and enforceable;

      b.  the Parties have settled this action by a Confidential Settlement Agreement, and the Parties shall comply with the terms of that agreement.

      6.    There being no just reason for delay, the entry of this Consent Decree by the United States District Court constitutes entry of final judgment as to all remaining claims asserted in this action by any party pursuant to Federal Rule of Civil Procedure 54(b).  CWS and Counterdefendants will each bear their own costs and attorneys' fees.

      7.    The Court shall retain jurisdiction to enforce this Consent Decree and Confidential Settlement Agreement.  If any Party shall be alleged to have breached the terms of this Consent Decree and/or Confidential Settlement Agreement, any other Party shall have the right to reopen this matter upon motion filed and heard on an expedited basis, including by ex parte application.  If this matter is so

reopened, such Party may pursue any and all remedies it may have against the alleged breaching Party.


DATED:  <u>5/5/08</u>              **PHILIP S. GUTIERREZ**
                                UNITED STATES DISTRICT JUDGE

The individuals executing this Judgment represent or confirm that they are duly authorized to do so, and are similarly authorized to bind each of the Parties to this Decree.

CONSENTED TO:

DATED:                                                    DATED:


_____          _____
John C. Ulin                                              Erick Howard
HELLER EHRMAN LLP                          SHARTSIS FRIESE LLP
333 S. Hope Street, 39th Floor               One Maritime Plaza
Los Angeles, California 90071                 18th Floor
(213) 689-0200 Phone                           San Francisco, CA  94111
(213) 614-1868 Facsimile

                                                           Counsel for Plaintiff and
                                                           Counterdefendant
Counsel for Defendant and                   MINEGAR ENVIRONMENTAL
Counterclaimant                                  SYSTEMS, INC., MINEGAR
CONCRETE WASHOUT SYSTEMS,          CONTRACTING, INC., MINEGAR
INC.                                                        LASER SCREED RENTALS, INC.,
                                                           PETER J. MINEGAR, ROCKY
                                                           MOUNTAIN WELDING &
                                                           FABRICATING, INC., and INLAND
                                                           EROSION CONTROL SERVICES,
                                                           INC.